# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE LEWIS T. BABCOCK

## COURTROOM MINUTES
_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Seamon | Date: | December 11, 2013 |
| Court Reporter: | Tracy Weir | Probation: | Justine Kozak |
| | | Interpreter: | Kyung Menkick |

_____

Criminal Action No. 13-cr-00071-LTB          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Tim Neff

    Plaintiff,

v.

1. HYOSOOK KO,                               Dennis Hartley

    Defendant.

_____

## SENTENCING
_____

9:10 a.m.     Court in Session.

Defendant is present and in custody.

Interpreter sworn.

> Defendant plead guilty to Counts 1, 5, 6, and 13 of the Indictment on September 18, 2013.

Statements by Mr. Neff and Mr. Hartley.

**ORDERED**: Government's Oral Motion to Amend Motion for Sentencing Reduction is GRANTED. The Defendant shall receive an additional two month reduction.

**ORDERED**:  United States' Motion for Preliminary Order of Forfeiture [Doc. No. 78, filed October 3, 2013] is GRANTED.  The preliminary Order of Forfeiture shall become final as to the defendant.

**ORDERED**:  Government's Motion to Dismiss Counts of Indictment [Doc. No. 91, filed November 26, 2013] is GRANTED.

**ORDERED**:  Government's Motion for Sentencing Reduction for Defendant Hyosook Ko Pursuant to U.S.S.G. § 5K1.1 [Doc. No. 92, filed November 27, 2013] is GRANTED.

**ORDERED**:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Hyosook Ko, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 15 months on each count, to be served concurrently.

Defendant advised that presentence confinement credit is governed by the Bureau of Prisons.

**ORDERED**:  Upon release from imprisonment, Defendant shall be placed on supervised release for a period of 3 years per count, to be served concurrently.

**ORDERED**:  Conditions of Supervised Release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the Court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of Supervised Release:
- (X) The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay

|      |                                                                                                                                                                                                                                                                                                                                                                              |
|------|------|
|      | the cost of treatment as directed by the probation officer. |
| (X)  | The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment. |
| (X)  | Any employment for the defendant shall be approved in advance by the supervising probation officer and shall not include owning, operating, otherwise controlling or working at a spa, massage parlor, or similar type of business. |
| (X)  | If the defendant is deported, she shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, she shall report to the nearest U.S. Probation Office within 72 hours of her return. |

**ORDERED**:   Defendant shall pay a special assessment of $400.00, which is due and payable immediately.

**ORDERED**:   No fine is imposed because defendant has no ability to pay a fine.

**ORDERED**:   Defendant shall forfeit property and money to the United States that is set out in the plea agreement.

**ORDERED**:   Defendant advised of right to appeal.

Discussion regarding qualifying for the RDAP program.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

9:39 a.m.     Court in Recess.
Hearing concluded.
Time:  00:29