IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00071-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    HYOSOOK KO,

    Defendant.

---

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT HYOSOOK KO
---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture as to Defendant Hyosook Ko.  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as set forth in the Indictment returned on February 14, 2013;

THAT a Preliminary Order of Forfeiture as to Defendant Hyosook Ko was granted by the Court as to the following property on October 7, 2013:  $1,042.00 seized on July 31, 2012 pursuant to Civil Seizure Warrant No. 12-mc-00081-NONE-BNB;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT no Petition for Ancillary Hearing has been filed by any petitioner, and the time for so doing, has expired; and

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), free from the claims of any other party: $1,042.00 seized on July 31, 2012 pursuant to Civil Seizure Warrant No. 12-mc-00081-NONE-BNB; and

THAT the United States shall have full and legal title to the forfeited property, and may dispose of them in accordance with law;

SO ORDERED this __8th__ day of __January__, 2014.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK

U.S. District Court Senior Judge